

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

## No. 07-12-00526-CR
_____

### JAMES CARL NOLES, II, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B 19055-1201, Honorable Ed Self, Presiding

May 15, 2013

## MEMORANDUM OPINION

### Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant James Carl Noles, II and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.